## ATTACHMENT A

## LOCATION TO BE SEARCHED

This search warrant applies to information associated with the following Instagram User ID:

- **"wavedaperfectionist27"; Instagram User ID 190121343;**

    **https://www.instagram.com/wavedaperfectionist27**

that is stored at the premises owned, maintained or operated by Instagram, LLC., San Francisco, California.